IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TARA SINGLETON TOLBERT and JOHN TOLBERT,<br><br>      Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, as Trustee fo the Certificate Holders CWABS, Inc., Asset Backed Certificates Series 2006-ABCI ("BONY") and BANK OF AMERICA, N.A.,<br><br>      Defendants. | §§§§§§§§§§§§§§§§§ Civil Action No. 4:14-cv-50-O |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' motion/application to proceed in forma pauperis (ECF No. 2) is **DENIED**. Plaintiffs' complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless Plaintiffs pay the filing and administrative fees within seven days of this order.

**SO ORDERED** on this **20th day** of **February, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**