IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TARA SINGLETON TOLBERT and JOHN TOLBERT, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:14-cv-50-O |
| THE BANK OF NEW YORK MELLON and BANK OF AMERICA, N.A., | § § § § § | |
| Defendants, | § § | |

**ORDER OF REFERENCE FOR PRETRIAL MANAGEMENT**

This case is hereby referred to Magistrate Judge Cureton for pretrial management. All non-dispositive motions are referred to the magistrate judge for determination according to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a). All case dispositive motions are referred to the magistrate judge for recommendation according to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(1). All other pretrial matters, including scheduling and alternative dispute resolution are referred to the magistrate judge for appropriate action consistent with applicable law.

The judge's copy of future filings shall be sent with a transmittal letter addressed to Magistrate Judge Cureton so copies can be sent directly to him without delay.

**SO ORDERED** on this **3rd day** of **March, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE